# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAKERY, CONFECTIONARY, TOBACCO WORKERS & GRAIN MILLERS INT'L UNION, AFL-CIO, CLC LOCAL 6, <br><br> Petitioner, <br><br> v. <br><br> MORABITO BAKING CO., <br><br> Respondent. | CIVIL ACTION <br><br> NO. 10-CV-5141 |

## ORDER

AND NOW, this 16th day of May, 2011, upon consideration of Petitioner's Petition to Compel Labor Arbitration (Doc. No. 1), Respondent's Response in opposition thereto (Doc. No. 5), and Petitioner's Reply in further support thereof (Doc. No. 7), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Petition is GRANTED, that the parties are to SELECT arbitrators in accordance with their collective bargaining agreement, and that the parties are to ARBITRATE Petitioner's grievance.  It is FURTHER ORDERED that Respondent reimburse Petitioner its attorney's fees and costs incurred in this action.  Petitioner is to submit an affidavit and any supporting documentation within ten (10) days of the entry of this Order.  Respondent will have fourteen (14) days thereafter to file any response to the reasonableness of the request.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.