# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAKERY, CONFECTIONARY, : | |
| TOBACCO WORKERS & GRAIN : | |
| MILLERS INT'L UNION, AFL-CIO, : | |
| CLC LOCAL 6, : | |
| : | CIVIL ACTION |
| Petitioner, : | |
| : | NO. 10-CV-5141 |
| v. : | |
| : | |
| MORABITO BAKING CO., : | |
| : | |
| Respondent. : | |

## ORDER

AND NOW, this 12th Day of September, 2012, upon consideration of Petitioner's Motion for Award of Attorney's Fees and Costs (Doc. No. 12), Declaration of Laurence M. Goodman to Supplement Petitioner's Motion (Doc. No. 13), Respondent's Response in opposition thereto (Doc. No. 14), Petitioner's Reply in further support thereof (Doc. No. 15), Petitioner's Motion to Supplement Petitioner's Motion for Attorney's Fees and Costs (Doc. No. 17), Respondent's Response in opposition thereto (Doc. No. 18) and Petitioner's Reply in further support thereof (Doc. No. 19), and for the reasons set forth in the accompanying memorandum, the Motion is GRANTED in part and DENIED in part. It is hereby ORDERED that Respondent Morabito Baking Co. shall pay Petitioner $19,225 in attorney's fees and $3,109.32 in costs within thirty days of the date of this order's entry. It is further ORDERED that Petitioner does not have the leave of the

court to file a supplemental calculation for attorney's fees and costs for preparing the Fee Petition.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, C.J.